UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILLIAM AMORIELLO, et al.,**

    Plaintiffs,

v.                                             **Case No: 8:17-CV-1330-T-27AAS**

**WELLS FARGO BANK, N.A.,**

    Defendant.
_____

**ORDER**

**BEFORE THE COURT** is the parties' Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. 27). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 12th day of July, 2018.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record